# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1174
Lower Tribunal No. 20-424
_____

**Israel Lewin,**
Appellant,

vs.

**Moshe Bourak, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

The Baker Law Offices, and Ira Robert Baker, for appellant.

Kubicki Draper, P.A., and Sharon C. Degnan (Orlando), for appellees.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Cheung v. Ryder Truck Rental, Inc.</u>, 595 So. 2d 82, 84 (Fla. 5th DCA 1992) (explaining that a vehicle on a tow truck is not a dangerous instrumentality while it is under the exclusive control of the tow truck driver); <u>see also</u> <u>Pangea Produce Distrib., Inc. v. Franco's Produce, Inc.</u>, 275 So. 3d 240, 242 (Fla. 3d DCA 2019) (noting that a trial court does not abuse its discretion in denying leave to amend when an amendment would be futile).